IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 12-1781 (SLR) |
| ALCATEL-LUCENT USA, INC., | ) ) ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO DISMISS
## PLAINTIFF'S WILLFUL INFRINGEMENT CLAIM

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Alcatel-Lucent USA, Inc. moves to dismiss the allegations of the Complaint directed to willful infringement for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in Defendant's Opening Brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Stephen J. Kraftschik*

Jack B. Blumenfeld (#1014)
Rodger D. Smith (#3778)
Stephen J. Kraftschik (#5623)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
skraftschik@mnat.com

*Attorneys for Defendant*

March 15, 2013
7054649

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 15, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Stamatios Stamoulis, Esquire<br>Richard C. Weinblatt, Esquire<br>STAMOULIS & WEINBLATT, LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE  19809 | *VIA ELECTRONIC MAIL* |
| Darlene Ghavimi<br>FARNEY DANIELS<br>800 S. Austin Avenue, Suite 200<br>Georgetown, TX  78626 | *VIA ELECTRONIC MAIL* |
| Jonathan Baker<br>FARNEY DANIELS<br>411 Borel Avenue, Suite 350<br>San Mateo, CA  94402 | *VIA ELECTRONIC MAIL* |

/s/ *Stephen J. Kraftschik*

Stephen J. Kraftschik (#5623)

7054649